## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIGIO ZACCARIELLO<br>    Plaintiff<br><br>v.<br><br>JUSTIN GAGNE;<br>ALLONS ENTERPRISES, LLC<br>    Defendants | CASE #: 3:21-cv-00259-MPS<br><br><br>MARCH 18, 2021 |

### AMENDED NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441(b), and this Court's order, the defendants, Justin Gagne ("Gagne") and Allons Enterprises, LLC ("Allons") (hereinafter collectively referred to as "Defendants"), are filing an Amended Notice of Removal, effecting the removal of the below referenced action from the Judicial District of New Haven at New Haven Superior Court of Connecticut to the United States District Court for the District of Connecticut. The removal is based, specifically, on the following grounds:

### PLEADINGS, PROCESS, AND ORDERS

1. On February 16, 2021, Plaintiff Luigio Zaccariello (hereinafter referred to as "Plaintiff") commenced the above-entitled civil action in the Judicial District of New Haven at New Haven Superior Court for the State of Connecticut by filing a Complaint therein entitled *Zaccariello, Luigio v. Gagne, Justin et al.*, bearing Docket Number NNH-CV21-6111445-S. True and correct copies of the following documents are attached hereto and incorporated herein by reference as follows:

    a.    Exhibit 1 Complaint;

    b.    Exhibit 2 Summons;

    c.    Exhibit 3 Return of Service;

    d.    Exhibit 4 Expert Disclosures;

    e.    Exhibit 5 Discovery Service; and

    f.    Exhibit 6 State Court Docket Sheet.

2.    Plaintiff's Summons and Complaint was served via certified mail and received by Allons on February 8, 2021.

3.    The attached exhibits constitute all process, pleadings, and orders served upon the Defendants.

4.    The Defendants' filed their original Notice of Removal on March 1, 2021.

## **DIVERSITY**

5.    This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that the matter in controversy is expected to exceed the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this action is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441.

6.    Plaintiff is domiciled in Connecticut. Plaintiff is a United States citizen.

7.    Gagne is domiciled in North Carolina and is a United States citizen.

8.    Allons is a limited liability company. Allons has three members. The members of Allons include: (1) J. Murphy Gagne; (2) Justin H. Gagne; and (3) Linda L. Gagne.

9.    J. Murphy Gagne is domiciled in Tennessee and is a United States citizen. Justin H. Gagne is domiciled in North Carolina and is a United States citizen. Linda L. Gagne is domiciled in Tennessee and is a United States citizen. No Allons' member is itself a limited liability corporation. Accordingly, complete diversity exists between Plaintiff and Defendants.

## AMOUNT IN CONTROVERSY

10. Plaintiff's Complaint alleges three claims against the Defendants: (1) negligence; (2) common-law recklessness; and (3) statutory recklessness. *See* Complaint – Exhibit 1. According to Plaintiff, he was rear-ended by a vehicle driven by Gagne and owned by Allons. Plaintiff claims that due to the subject collision he was caused to suffer the following non-exhaustive list of injuries: (1) chipped teeth; (2) a nasal fracture; (3) a traumatic brain injury; (4) a medial meniscus tear; (5) a concussion; and (6) certain cognitive functioning issues. As a result, the Defendants expect Plaintiff will seek at least $75,000.00 exclusive of fees and costs based upon all injuries alleged by Plaintiff.

11. In removing this action, the Defendants do not admit any allegations and do not waive any defenses they may have to Plaintiff's claims.

## TIMELINESS OF REMOVAL

12. The original Notice of Removal was timely filed in that it has been filed within thirty (30) days after receipt of Plaintiff's Complaint by Allons. 28 U.S.C. § 1446(b)(1). The instant removal is also within one year of the commencement of the underlying action as required by 28 U.S.C. § 1446(c)(1). As noted above, Plaintiff commenced this action on February 16, 2021.

13. This Amended Notice of Removal is timely filed. This Court ordered an Amended Notice of Removal to be filed on or before March 19, 2021.

14. Defendants have filed in the New Haven Superior Court, and served upon Plaintiff's counsel, their original Notice of Filing Notice of Removal to Federal Court dated March 1, 2021. See Exhibit 6.

15. Defendants have served Plaintiff's counsel with their Amended Notice of Removal.

**WHEREFORE**, Defendants respectfully request that Civil Action Docket No. NNH-CV21-6111445-S pending in the Judicial District of New Haven at New Haven Superior Court of Connecticut be removed to this Court.

        Respectfully submitted,
        DEFENDANTS
        **JUSTIN GAGNE;**
        **ALLONS ENTERPRISES, LLC**

        By: */s/ Angeline N. Ioannou / CT 18096*
        Angeline N. Ioannou
        LEWIS BRISBOIS BISGAARD & SMITH, LLP
        185 Asylum Street, Suite 2603
        Hartford, CT   06103
        HartfordEService@LewisBrisbois.com
        Angeline.Ioannou@LewisBrisbois.com
        Direct:  860.566.8046
        Fax: 860.748.4857

**CERTIFICATE OF SERVICE**

This is to certify that on this eighteenth day of March, 2021, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

Michael W. Cahill, Esq.
Law Offices of Michael W. Cahill
43 Trumbull Street
New Haven, CT  06510
Accepts electronic service:  mikecahilllaw@gmail.com
(Counsel for Plaintiff – Luigio Zaccariello)

                                                    */s/ Angeline N. Ioannou*
                                                    Angeline N. Ioannou